UNITED STATES of America,
Plaintiff-Appellee,

v.

Altwan L. HOLLOWAY, a.k.a. Altuan Holloway, Defendant-Appellant.

No. 17-11335
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(November 27, 2017)

914

Germaine Seider, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Altwan L. Holloway, Pro Se

Before HULL, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Thomas H. Dale, appointed counsel for Altwan L. Holloway in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Holloway's conviction and sentence are **AFFIRMED**.